UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JAMES GLASS, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | No. 1:05-cv-1878-JDT-TAB |
| ) | |
| DEPARTMENT OF CORRECTION, et al, ) | |
| ) | |
| Respondents. ) | |

# E N T R Y

Because there was no error or irregularity in the docketing or processing of the filings in this action, the petitioner's motion filed on February 9, 2006, to order the clerk to give notice that the short record on appeal, docketed as no. 06-1280, is incorrect, is **denied.** The petitioner's further request in his filing of March 2, 2006, that his custodian be order to show cause for the petitioner's continued detention by the State of Indiana is also **denied.**

**IT IS SO ORDERED**.

Date: 03/06/2006

John Daniel Tinder, Judge
United States District Court

Copies to:

James F. Glass Sr.
DOC #882630
Miami Correctional Facility
P.O. Box 900
Bunker Hill, IN 46914